NUMBER 13-05-185-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

              IN THE INTEREST OF L.L.G., A MINOR
CHILD

__________________________________________________________________

 

                  On appeal from the 105th
District Court

                           of Nueces
County, Texas.

__________________________________________________________________

 

                     MEMORANDUM OPINION

 

                Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, EDUARDO
ARELLANO, attempted to perfect an appeal from a judgment entered by the 105th District Court of Nueces County,
Texas, in cause no. 04-3945-D. 
The clerk=s record was received
on March 16, 2005.  








Upon review of the
clerk=s record, it appeared
that the notice of appeal did not comply with Texas Rule of Appellate Procedure
25.1(d) and (e).  Pursuant to Tex. R. App. P. 42.3, notice of this
defect was given so that steps could be taken to correct the defect, if it
could be done.  Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt
of this notice, the appeal would be dismissed. 
Appellant failed to file a response as requested by this Court=s notice.  

The Court, having
considered the documents on file and appellant=s failure to respond to this Court=s notice, is of the
opinion that the appeal should be dismissed. 
The appeal is hereby DISMISSED.

PER CURIAM

 

Memorandum Opinion delivered and filed this

the 30th day of March,
2006.